| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| versus | § | CASE NO. 9:25-CR-00033-1-MAC |
| | § | |
| FREDDIE CASTILLO | § | |

## ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Defendant, Freddie Castillo, moved to suppress all evidence obtained alleging that the traffic stop was unlawful. (#20.) Judge Stetson concluded that the traffic stop was lawful. (#28.) Therefore, she recommended denying the Defendant's motion. (*Id.*) To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#28) is ADOPTED. It is further ORDERED that the Defendant's "Motion to Suppress" (#20) is DENIED.

SIGNED at Beaumont, Texas, this 28th day of January, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE